IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. PATE,

    Petitioner,               No. 2: 10-cv-1448 FCD KJN P

    vs.

WARDEN MARTEL,

    Respondent.             ORDER

_____/

    On September 30, 2010, respondent filed a motion to dismiss on grounds that petitioner's conviction was not yet final. On December 15, 2010, respondent filed a motion to withdraw this motion on grounds that the state direct review process is now final.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's motion to withdraw the motion to dismiss (Dkt. No. 20) is granted; respondent's motion to dismiss (Dkt. No. 14) is withdrawn;

    2. Within sixty days of the date of this order, respondent shall file a response to the petition; petitioner's reply is due within thirty days thereafter.

DATED: December 22, 2010

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

pat1448.vac